dinary writs cannot be used as substitutes for appeals … even though hardship may result from delay and perhaps unnecessary trial.") A party who seeks a writ bears the burden of proving that it has no other means of attaining the relief desired, *Mallard v. U.S. Dist. Court for the Southern Dist. of Iowa,* 490 U.S. 296, 309, 109 S.Ct. 1814, 104 L.Ed.2d 318 (1989), and that the right to issuance of the writ is "clear and undisputable." *Allied Chem. Corp. v. Daiflon, Inc.,* 449 U.S. 33, 35, 101 S.Ct. 188, 66 L.Ed.2d 193 (1980).

Because the petitioner has not shown that review on appeal after final judgment is not an adequate means of obtaining review of the district court's rulings in this case, we deny this petition.

Accordingly,

IT IS ORDERED THAT:

The petition is denied.

Craig M. Rappel, Rappel Health Law Group, P.L., of Vero Beach, FL, argued for plaintiffs-appellants.

Before LOURIE, GAJARSA, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**HAKO–MED USA, INC., Hako–Med GMBH, and Achim Hansjurgens, Plaintiffs–Appellants,**

v.

**AXIOM WORLDWIDE, INC., Doe Corporations 1–20, Doe Defendants 1–20, Doe Governmental Agencies 1–20, and Doe Partnerships 1–20, Defendants.**

No. 2011–1081.

United States Court of Appeals, Federal Circuit.

June 9, 2011.

**Peter L. MATTRESS, Sr., Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7068.

United States Court of Appeals, Federal Circuit.

June 9, 2011.